UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TERESA A. LAMB-RAMIREZ,<br><br>            Plaintiff,<br><br>       v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>            Defendant. | CASE NO. 2:15-cv-01174 JRC<br><br>ORDER ON STIPULATED MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13 (*see also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, Dkt. 5; Consent to Proceed Before a United States Magistrate Judge, Dkt. 6). This matter is before the Court on plaintiff's Stipulation for Award to Plaintiff for Attorney's Fees Pursuant to 28 U.S.C. § 2412 (*see* Dkt. 22).

Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), the Stipulation of the parties and time itemization (*see* Dkt. 22), and the relevant record, it is hereby ORDERED that EAJA attorney's fees of $6,564.66, shall be awarded to plaintiff pursuant to the EAJA and

1 consistent with *Astrue v. Ratliff*, 130 S.Ct. 2521, 2524, 2010 U.S. LEXIS 4763 at \*\*\*6-\*\*\*7
2 (2010).

3     The Acting Commissioner agrees to contact the Department of Treasury after the Order
4 for EAJA fees is entered to determine if the EAJA fees are subject to any offset. If it is
5 determined that plaintiff's EAJA fees are not subject to any offset allowed pursuant to the
6 Department of the Treasury's Offset Program, then the check for EAJA fees shall be made
7 payable to Richard A. Baum, Esq., based on plaintiff's assignment of these amounts to plaintiff's
8 attorney (*see* Fee Agreement, Dkt. 22, Attachment 2). If there is an offset, the remainder shall be
9 made payable to plaintiff, based on the practice of the Department of the Treasury (*see*, *e.g.*,
10 Case No. 2:15-cv-122, Dkt. 22, p. 4). Any check for EAJA fees shall be mailed to plaintiff's
11 counsel, Richard A. Baum, Esq., at 114 W. Magnolia Street, #400-137, Bellingham, WA 98225.

12     Dated this 1st day of June, 2016.

J. Richard Creatura
United States Magistrate Judge